[Rockingham, June, 1879.]

### HALEY v. COLCORD.

*Leavitt*, for the plaintiff.

*A. R. Hatch* and *John Hatch*, for the defendant.

FOSTER, J.   This case is disposed of by the decision in *Haley* v. *S. J. Colcord (ante* 7).

*Judgment on the verdict.*

ALLEN, J., did not sit: the others concurred.

[Strafford, June, 1879.]

### LORD v. SMITH.

*Copeland & Edgerly*, for the plaintiff.

*Wells & Burleigh*, for the defendant.

Report of a referee recommitted for a finding of the fact whether the plaintiff, a physician, in his attendance on the defendant, a married woman, was acting by her employment or that of her husband.